UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FERRILL J. VOLPICELLI, | Case No. 3:17-cv-00690-MMD-WGC |
| Petitioner, | |
| v. | ORDER |
| WARDEN, *et al.,* | |
| Respondents. | |

This habeas matter comes before the Court for preliminary review and on petitioner's motion to take judicial notice (ECF No. 3).

Petitioner, who is familiar with filing requirements from multiple prior actions in this Court, must pay the $5.00 filing fee or file a properly completed pauper application with all required attachments. This action will be dismissed without further advance notice if petitioner fails to timely do so in response to this order.

Petitioner's motion to take judicial notice (ECF No. 3) will be denied. Petitioner requests that the Court take judicial notice that he allegedly sent a narrative to a website editor for publication. That is not a proper subject for judicial notice under Rule 201 of the Federal Rules of Evidence. Further frivolous filings will result in petitioner being designated as a restricted filer on the docket and/or imposition of sanctions, including potentially a referral for consideration of institutional sanctions.

It is therefore ordered that, within thirty (30) days of entry of this order, petitioner must submit either the required $5.00 filing fee or a properly completed application to proceed *in forma pauperis* with both required financial attachments. If petitioner pays the filing fee, he must make the necessary arrangements to have one (1) copy of this order attached to the check paying the filing fee. Failure to comply both fully and timely with this order will result in the petition being dismissed without further advance notice.

It is further ordered that petitioner's motion to take judicial notice (ECF No. 3) is denied.

The Clerk of Court will send petitioner two (2) copies of an *in forma pauperis* application form for incarcerated persons along with one (1) copy of the instructions for same, as well as two (2) copies of this order.

DATED THIS 4th day of April 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE