1
2
3
4
5
6                    UNITED STATES DISTRICT COURT
7                         DISTRICT OF NEVADA
8                                * * *
9   FERRILL J. VOLPICELLI,              Case No. 3:17-cv-00690-MMD-WGC
10                          Petitioner,
    v.                                   ORDER
11
    WARDEN,
12
                          Respondent.
13

14         This habeas matter under 28 U.S.C. § 2254 comes before the Court for initial

15   review.  The filing fee has been paid.  (ECF No. 5.)

16         Under Local Rule LSR 3-1, Petitioner must file his petition on the Court's required

17   § 2254 petition form.  Petitioner instead used a form for a § 2241 petition.  The fact that

18   Petitioner is challenging his sentence calculation does not lead to a conclusion that his

19   petition arises under § 2241 instead of § 2254.  Rather, § 2254 is the exclusive vehicle

20   for bringing a habeas petition by an inmate in custody under a state court judgment of

21   conviction, regardless of the target of the petition.  *See, e.g., Shelby v. Bartlett*, 391 F.3d

22   1061, 1063-64 (9th Cir. 2004).  Petitioner therefore must use the Court's required § 2254

23   form.

24         It is therefore ordered that the Clerk of Court will file the petition and that, within

25   thirty (30) days from entry of this order, Petitioner must dispatch to the Clerk an amended

26   petition on the Court's required § 2254 form.  If Petitioner fails to timely do so, this action

27   will be dismissed without further advance notice for failure to comply with the local rules

28   and orders of the Court.

1    The Clerk of Court will send Petitioner two copies each of his original petition and

2    a noncapital § 2254 petition form, along with one copy of the instructions for the form.

3    DATED THIS 26th day of April 2018.

6    _____
     MIRANDA M. DU
     UNITED STATES DISTRICT JUDGE