UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| FERRIL J. VOLPICELLI, | Case No. 3:17-cv-00690-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN, *et al.*, | |
| Respondents. | |

Respondents' motion for enlargement of time (ECF No. 12) is granted. Respondents will have until October 4, 2018, to respond to the amended petition for writ of habeas corpus in this case.

DATED THIS 20th day of August 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE