UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FERRIL J. VOLPICELLI,<br><br>                    Petitioner,<br>   v.<br>WARDEN BAKER, *et al.*,<br><br>                    Respondents. | Case No. 3:17-cv-00690-MMD-WGC<br><br>ORDER |

Respondents' second motion for enlargement of time (ECF No. 14) is granted. Respondents will have until November 8, 2018, to respond to the amended petition for writ of habeas corpus in this case.

DATED THIS 5th day of October 2018.

                                                                             MIRANDA M. DU<br>
                                                                             UNITED STATES DISTRICT JUDGE