UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FERRIL J. VOLPICELLI,<br><br>  Petitioner,<br>v.<br>WARDEN BAKER, *et al.*,<br><br>  Respondents. | Case No. 3:17-cv-00690-MMD-WGC<br><br>ORDER |

Good cause appearing, Respondents' third motion for enlargement of time (ECF No. 16) is granted. Respondents will have until November 29, 2018, to respond to the amended petition for writ of habeas corpus in this case.

DATED THIS 21st day of November 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE