# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FERRIL J. VOLPICELLI,<br><br>Petitioner,<br>v.<br>WARDEN BAKER, *et al.*,<br><br>Respondents. | Case No. 3:17-cv-00690-MMD-WGC<br><br>ORDER |

Respondents' fourth motion for enlargement of time (ECF No. 18) is granted. Respondents will have until December 13, 2018, to respond to the amended petition for writ of habeas corpus in this case.

DATED THIS 30th day of November 2018.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE