UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FERRIL J. VOLPICELLI,<br><br>              Petitioner,<br>    v.<br>WARDEN BAKER, *et al.*,<br><br>              Respondents. | Case No. 3:17-cv-00690-MMD-WGC<br><br>ORDER |

Good cause appearing, Respondents' fifth motion for enlargement of time (ECF No. 20) is granted. Respondents will have until December 20, 2018, to respond to the amended petition for writ of habeas corpus in this case.

DATED THIS 14th day of December 2018.

---
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE