UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| FERRIL J. VOLPICELLI, | Case No. 3:17-cv-00690-MMD-WGC |
|---|---|
| Petitioner, | ORDER |
| v. | |
| WARDEN BAKER, *et al.*, | |
| Respondents. | |

Good cause appearing, Petitioner's motion to extend time (ECF No. 25) is granted. Petitioner will have until February 22, 2019, to file a response to Respondents' motion to dismiss.

DATED THIS 25th day of January 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE