# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| FERRIL J. VOLPICELLI, <br> Petitioner, <br> v. <br> WARDEN BAKER, *et al.*, <br> Respondents. | Case No. 3:17-cv-00690-MMD-WGC <br> ORDER |

Good cause appearing, Respondents' motion for extension of time (ECF No. 28) is granted. Respondents will have until March 11, 2019, to file a reply to Petitioner's opposition to Respondents' motion to dismiss.

DATED THIS 11th day of February 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE