# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FERRIL J. VOLPICELLI, | Case No. 3:17-cv-00690-MMD-WGC |
| Petitioner, | ORDER |
| v. | |
| WARDEN BAKER, *et al.*, | |
| Respondents. | |

Good cause appearing, Respondents' second motion for enlargement of time (ECF No. 33) is granted. Respondents will have until March 26, 2019, to file a reply to Petitioner's opposition to Respondents' motion to dismiss.

DATED THIS 12th day of March 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE