# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FERRIL J. VOLPICELLI,<br><br>　　　　Petitioner,<br>　v.<br>WARDEN BAKER, *et al.*,<br><br>　　　　Respondents. | Case No. 3:17-cv-00690-MMD-WGC<br><br>ORDER |

Respondents' motion for enlargement of time (ECF No. 41) is granted. Respondents will have until August 8, 2019, to file a response to Petitioner's motion for reconsideration.

DATED THIS 26th day of July 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE