# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| FERRILL J. VOLPICELLI,<br><br>　　　　　　Petitioner,<br>　v.<br>WARDEN BAKER, *et al.*,<br><br>　　　　　　Respondents. | Case No. 3:17-cv-00690-MMD-WGC<br><br>ORDER |

Good cause appearing, Petitioner's motion for enlargement of time (ECF No. 44) is granted. Petitioner will have until September 19, 2019, to file a reply in support of his Motion for Reconsideration (ECF No. 40).

DATED THIS 20th day of August 2019.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE